IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOSEPH AMICO,

                    Defendant.

22-MJ-662

---

## GOVERNMENT'S MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, and Richard A. Resnick, Assistant United States Attorney, of counsel, hereby moves the Court for an Order permitting the filing of this motion, the above-referenced criminal complaint and associated documents, including the affidavit, under seal. The government requests the Court seal the documents for 60 days due to the sensitive law enforcement information therein.

Dated: Rochester, New York, August 16, 2022

                                                  TRINI E. ROSS
                                                  United States Attorney
                                                  Western District of New York

                    BY:    s/RICHARD A. RESNICK
                                Assistant U.S. Attorney
                                100 State Street, Suite 500
                                Rochester, New York 14614
                                585-263-6760
                                Richard.Resnick@usdoj.gov