UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-

JOSEPH AMICO,
                Defendant.

22-MJ- 662

---

### ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

Upon the motion of the United States of America, by and through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, and Richard A. Resnick, Assistant United States Attorney, of counsel, for an Order permitting the filing of a criminal complaint and associated documents under seal, and after due consideration,

IT IS HEREBY ORDERED, that the criminal complaint and associated documents of the United States is hereby permitted to be filed under seal for 60 days.

DATED:    Rochester, New York, August 22, 2022.

*[signature]*

MARK W. PEDERSEN
United States Magistrate Judge