UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     v.                                        22-MJ-662 MJP

JOSEPH AMICO
                      Defendant.

_____

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned will bring this motion before this

Court at the United States District Court, 100 State Street, Rochester, New York, on

September 2, 2022, or as soon thereafter as counsel can be heard.

## MOTION TO UNSEAL COMPLAINT

The United States Attorney, by Assistant United States Attorney Richard A.

Resnick, hereby moves this Court to unseal Complaint No. 22-MJ-662.

Dated: Rochester, New York, September 2, 2022.

                                       TRINI E. ROSS
                                       United States Attorney
                                       Western District of New York

                           BY:    s/RICHARD A. RESNICK
                                       Assistant U.S. Attorney
                                       100 State Street, Suite 500
                                       Rochester, New York 14614
                                       585-263-6760
                                       Richard.Resnick@usdoj.gov