UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                  22-MJ-662 MJP

JOSEPH AMICO
                    Defendant.

## ORDER

Upon the application of the United States;

**IT IS HEREBY ORDERED**, that the criminal complaint and supporting affidavit and all related attachments are unsealed.

DATED:     Rochester, New York; September 7, 2022

                                                                 HON. MARK W. PEDERSEN
                                                                 United States Magistrate Judge