# Federal Public Defender's Office
## Western District of New York

**Marianne Mariano**
*Federal Public Defender*
marianne_mariano@fd.org

**Frank R. Passafiume**
*Assistant Federal Public Defender*
frank_passafiume@fd.org

300 Pearl Street, Suite 200
Buffalo, New York 14202

716-551-3341
Fax: 716-551-3346

Rochester Office
28 East Main Street
First Federal Plaza, Suite 400
Rochester, New York 14614
585-263-6201
585-263-5871-fax

Reply to: Buffalo

November 7, 2022

**VIA CM-ECF**
Honorable Mark W. Pedersen
United States Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

       RE: *United States v. Joseph Amico, 22-mj-662-MJP*

Dear Judge Pedersen:

       I am an attorney with the Federal Public Defender's Office in Buffalo and was assigned by my office to represent Joseph Amico on September 21, 2022. By this letter, the defense is requesting a **30-day adjournment** of the status conference currently set for November 15, 2022.

       On September 27, 2022, the Government provided the defense with approximately 400 pages of discovery. I require additional time to review the material and subsequently engage in plea negotiations. Additionally, Mr. Amico resides in Nevada, so arrangements must be made in advance to review the discovery material with him.

       I have spoken with Mr. Amico about this request, and he is in agreement. Additionally, the Government does not object to this request.

       Notwithstanding any exclusion already in effect, the defense requests that any Speedy Trial Act and/or constitutional speedy trial time between the filing of this motion and new status conference date is excludable in the interests of justice.

       Very truly yours,

       **/s/ Frank R. Passafiume**
       Frank R. Passafiume
       Assistant Federal Public Defender

CC: Richard A. Resnick, Assistant United States Attorney (via CM-ECF)