# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
**FEDERAL PUBLIC DEFENDER**
marianne_mariano@fd.org

FRANK R. PASSAFIUME
**ASSISTANT FEDERAL PUBLIC DEFENDER**
frank_passafiume@fd.org

300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202

716-551-3341
FAX: 716-551-3346

ROCHESTER OFFICE
28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614
585-263-6201
585-263-5871-FAX

*REPLY TO:* **BUFFALO**

December 12, 2022

**VIA CM-ECF**
Honorable Mark W. Pedersen
United States Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

RE: *United States v. Joseph Amico, 22-MJ-662-MJP*

Dear Judge Pedersen:

I am an attorney with the Federal Public Defender's Office in Buffalo and was assigned by my office to represent Joseph Amico on September 21, 2022. By this letter, the defense is requesting a **45-day adjournment** of the status conference currently set for December 15, 2022.

I am still reviewing the voluminous discovery provided by the Government in late September and have received additional discovery since then. I require additional time to review the material and subsequently engage in plea negotiations.

I have spoken with Mr. Amico, and he agrees with this request. Additionally, the Government does not object to this request.

Notwithstanding any exclusion already in effect, the defense requests that any Speedy Trial Act and/or constitutional speedy trial time between the filing of this motion and new status conference date is excludable in the interests of justice.

Very truly yours,

**/s/ Frank R. Passafiume**
Frank R. Passafiume
Assistant Federal Public Defender

CC: Richard A. Resnick, Assistant United States Attorney (via CM-ECF)